# Attachment "A"

Please type or print.

## CLAIMANT INFORMATION:

Castillo | Adriana | 
Last Name | First Name | Middle Name/Initial

Disabled | | ███ 50
Occupation | Social Security Number | Birth Date

███████ |
Street Address |

Huntington Park | | ███████
City | State | Zip | Telephone Number

## IF CLAIMANT IS A MINOR, PARENT OR GUARDIAN INFORMATION:

Last Name | First Name | Middle Name/Initial

Street Address

City | State | Zip | Telephone Number

## IF YOU HAVE AN ATTORNEY PLEASE COMPLETE THIS SECTION:

Mojtahedi | Michael | M. | 714 569-3030
Last Name | First Name | Middle Name/Initial | Telephone Number

322 West 3rd St. | | Santa Ana, CA 92701
Street Address | | City | State | Zip

## INCIDENT INFORMATION:

Please indicate if you were a Metro bus or Metro Rail passenger: [✓] Yes [ ] No

1. [ ] bus [✓] rail [ ] platform [ ] parking lot [ ] bus stop [ ] terminal [ ] other _____
2. Other than bus or rail car, vehicle description _____
3. **Accident Date** 08/03/18 Time 2:00 pm Location Los Angeles
4. Direction East On Which Street Washington Blvd. Cross-Street Long Beach Blvd.
5. Speed Unknown Weather Sunny Bus or Rail Car # Unknown Line # Blue Line
6. Boarding Point Exposition & Washington Operator Name or Badge # unknown

## OWNER OF PRIVATE VEHICLE PLEASE COMPLETE THIS SECTION:

7. Name _____ Driver License # _____
   Address _____
   Telephone _____ Vehicle: Year _____ Make _____ Model _____
   Insured? [ ] Yes [ ] No Vehicle Lic. # _____ Injured? [ ] Yes [ ] No Insurance Tel. # _____
   Carrier _____ Policy # _____

CONTINUED

# Claim for Damages

Page 2

Please type or print.

CLAIMANT PLEASE COMPLETE THIS SECTION:

8. Describe what occurred (if necessary, you may add another page):
   I entered the Metro train and witnessed that the disabled section was occupied. I pushed the button for assistance and parked my power wheelchair where there was space. While in commute the train abruptly stopped causing my wheelchair to tip over.

9. What particular act or omission do you claim caused the injury or damage? Please give a detailed description.
   Metro has violated the Americans with Disability Act by not providing a specific section for wheelchairs to park while in commute.
   Futhermore, the current disabled section which provides folding chairs is always occupied by non-disabled persons.

10. What property damage or bodily injury do you claim? Give full extent of damage or injury claimed:
    I suffered soft tissue injuries to my head and entire body.

11. The amount claimed if under $10,000 as of the date of presentation together with the basis of computation thereof. Attach medical bills and/or repair estimates.
    The amount claimed is over $25,000.00. All relevant documents and records will be provided when available.

12. Name(s) and address(es) of witness(es):
    None

13. Name(s) and address(es) of doctor(s):
    Community Hosp. of Huntington Park 2623 E. Slauson Ave. Huntington Park, CA 90255, Kennedy Health Center, 5862 Avalon Blvd. L—A

14. Dates of prior claims against the Los Angeles County Metropolitan Transportation Authority (METRO) or Southern California Rapid Transit District (RTD). If none, write "None".

_ADRIANA CASTILLO_ 10-8-18
Signature of Claimant   Date

Claims arising after January 1, 1988 must be filed within 6 months from the date of accident. For Law governing filing of claim and statute of limitations as to filing action see Chapter 201 Statutes 1987 (Sec 900 ET SEQ Government Code). For your protection California Law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in State Prison. Added by Stats. 1989, c. 1119, S 3.

Please mail your claim to:
Metro Board Secretary's Office – Legal Services
One Gateway Plaza, 99-3-1, Los Angeles, CA 90012-2952

