# Attachment "C"

Please type or print.

## CLAIMANT INFORMATION:

Last Name: Lagunas
First Name: Roberto
Middle Name/Initial: Castillo

Occupation: None
Social Security Number: 
Birth Date: ▇▇▇71

Street Address: ▇▇▇▇▇▇
City | State | Zip: Huntington Park

Telephone Number: ▇▇▇▇

## IF CLAIMANT IS A MINOR, PARENT OR GUARDIAN INFORMATION:

Last Name: 
First Name: 
Middle Name/Initial: 

Street Address: 

City | State | Zip: 
Telephone Number: 

## IF YOU HAVE AN ATTORNEY PLEASE COMPLETE THIS SECTION:

Last Name: Mojtahedi
First Name: Michael
Middle Name/Initial: M.
Telephone Number: 714 569-3030

Street Address: 322 West 3rd St.
City | State | Zip: Santa Ana, CA 92701

## INCIDENT INFORMATION:

Please indicate if you were a Metro bus or Metro Rail passenger: [✓] Yes  [ ] No

1. [ ] bus   [✓] rail   [ ] platform   [ ] parking lot   [ ] bus stop   [ ] terminal   [ ] other _____
2. Other than bus or rail car, vehicle description _____
3. Accident Date 08/03/18   Time 2:00 pm   Location Los Angeles
4. Direction East   On Which Street Washington Blvd.   Cross-Street Long Beach Blvd.
5. Speed Unknown   Weather Sunny   Bus or Rail Car # Unknown   Line # Blue Line
6. Boarding Point Exposition & Washington   Operator Name or Badge # unknown

## OWNER OF PRIVATE VEHICLE PLEASE COMPLETE THIS SECTION:

7. Name _____   Driver License # _____
   Address _____
   Telephone _____   Vehicle: Year _____   Make _____   Model _____
   Insured? [ ] Yes [ ] No   Vehicle Lic. # _____   Injured? [ ] Yes [ ] No   Insurance Tel. # _____
   Carrier _____   Policy # _____

CONTINUED

Please type or print.

CLAIMANT PLEASE COMPLETE THIS SECTION:

8. Describe what occurred (if necessary, you may add another page):
   My sister and I entered the Metro train and we witnessed that the disabled section was occupied. She pushed the button for assistance and parked her power wheelchair where there was space. I stood beside her and waited for assistance. While in commute the train →

9. What particular act or omission do you claim caused the injury or damage? Please give a detailed description.
   Metro has violated the Americans with Disability Act by not providing a specific section for wheelchairs to park while in commute. Futhermore, the current disabled section which provides folding chairs is always occupied by non-disabled persons.

10. What property damage or bodily injury do you claim? Give full extent of damage or injury claimed:
    I suffered soft tissue injuries to my left leg.

11. The amount claimed if under $10,000 as of the date of presentation together with the basis of computation thereof. Attach medical bills and/or repair estimates.
    The amount claimed is over $25,000.00. All relevant documents and records wil be provided when available.

12. Name(s) and address(es) of witness(es):
    unknown

13. Name(s) and address(es) of doctor(s):
    Community Hosp. of Huntington Park 2623 E. Slauson Ave. Huntington Park, CA 90255, Kennedy Health Center, 5862 Avalon Blvd. LA, CA 90003

14. Dates of prior claims against the Los Angeles County Metropolitan Transportation Authority (METRO) or Southern California Rapid Transit District (RTD). If none, write "None".

_Roberto Castillo_      _10-8-18_
Signature of Claimant     Date

Claims arising after January 1, 1988 must be filed within 6 months from the date of accident. For Law governing filing of claim and statute of limitations as to filing action see Chapter 201 Statutes 1987 (Sec 900 ET SEQ Government Code). For your protection California Law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in State Prison. Added by Stats. 1989, c. 1119, S 3.

Please mail your claim to:
Metro Board Secretary's Office – Legal Services
One Gateway Plaza, 99-3-1, Los Angeles, CA 90012-2952



abruptly stopped causing my sister's wheelchair to tip over striking my left leg.