# Attachment "D"

## CARL WARREN & COMPANY
Claims Management and Solutions

October 30, 2018

Michael Mojtahedi
322 W. 3rd St.
Santa Ana, CA 92701

**SENT CERTIFIED MAIL / RETURN RECEIPT REQUESTED & 1st CLASS USPS MAIL**

| Re: | Claimant: | Roberto Lagunas |
|---|---|---|
| | Loss Date: | 8/3/18 |
| | Our File: | N20180155609 |
| | Subject: | **Rejection of Claim** |

Dear Mr. Mojtahedi:

Notice is hereby given that the claim presented and referenced above to the Los Angeles County Metropolitan Transportation Authority, further herein known as METRO on October 11, 2018 was rejected October 30, 2018 by an authorized agent of the Board of Directors of METRO.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action in superior court of the State of California on this claim. See Government Code section 945.6.

This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Tort Claims Act, Government Code sections 900 et. seq. Other causes of action, including those arising under federal law, may have a shorter time limitation for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Any and all further communications relative to your claim should be directed to the undersigned.

Very Truly Yours,

Xochitl Silva
Claims Examiner
CARL WARREN & CO. TPA for METRO
(213) 922-7239

An Employee-Owned Company



## CARL WARREN & COMPANY
Claims Management and Solutions

### PROOF OF SERVICE BY MAIL, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States of America, employed in the County of Los Angeles, State of California. I am at least 18 years of age. I am not party to, interested in, or in any way directly affected by the subject matter referenced in the document affixed to this declaration. My Business address is the Carl Warren & Company, Third Party Administrator for METRO, One Gateway Plaza, 10th Floor, Los Angeles, CA 90012.

On **October 30, 2018**, I served the foregoing document described as a **Rejection of Claim** on **Roberto Lagunas c/o Michael Mojtahedi** (claimant) by placing a true copy thereof enclosed in an envelope addressed as follows:

> **L/O of Michael Mojtahedi**
> **322 W. 3rd St.**
> **Santa Ana, CA 92701**

I then sealed the envelope and placed it for collection and mailing on that same day following ordinary business practices.

I am "Readily familiar" with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

Executed on **October 30, 2018** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| **Melanie Snyder** | _(signature)_ |
| --- | --- |
| Type or Print Name | Signature |

Claim Number:  **3952193518**